# EXHIBIT 3

# EXHIBIT 3

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| [1.pre] A method comprising: | Apple iPhone, iPad, Mac, Apple Watch, Apple TV, and Apple Vision Pro devices with Apple silicon (ARM64/arm64e), running the iOS, iPadOS, macOS, watchOS, tvOS, and visionOS operating systems, together with Apple's run-time memory-corruption defenses for software and hardware (Pointer Authentication Codes ("PAC") in the arm64e architecture, and the Enhanced Memory Tagging Extension ("EMTE") as implemented in Apple's Memory Integrity Enforcement ("MIE") (for example, A19 and M5)) (the "Accused Product"), practices the claimed method.<br><br>The claimed method is performed each time a process that uses these defenses executes on such a device (for third-party apps, PAC and MIE protections are enabled through Apple's Enhanced Security capability in Xcode).<br><br>*See*, *e.g.*, the following: |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | |

Apple designs its operating system software with security at its core. This design includes a hardware root of trust that enables secure boot and a secure software update process that's quick and safe. Apple's operating systems also use their purpose-built silicon-based hardware capabilities to help prevent exploitation as the operating system runs. These runtime features protect the integrity of trusted code as it executes. Apple's operating system software helps mitigate attack and exploit techniques—whether those originate from a malicious app, from the web, or through any other channel. These protections are available on devices with supported Apple-designed SoCs, including iOS, iPadOS, macOS on a Mac with Apple silicon, tvOS, visionOS, and watchOS.

| Feature | A10 | A11, S3 | A12-A14 S4-S10 | A15-A18 | M1 | M2-M4 | A19 M5 |
|---|---|---|---|---|---|---|---|
| Kernel Integrity Protection | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Fast Permission Restrictions | ✗ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| System Coprocessor Integrity Protection | ✗ | ✗ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Pointer Authentication Codes | ✗ | ✗ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Page Protection Layer | ✗ | ✓ | ✓ | ✗ [1] | ✓ [2] | ✗ | ✗ |
| Secure Page Table Monitor | ✗ | ✗ | ✗ | ✓ | ✗ | ✓ [2] | ✓ [2] |
| Memory Integrity Enforcement with Enhanced Memory Tagging Extension | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✓ |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | https://support.apple.com/guide/security/operating-system-integrity-sec8b776536b/1/web/1 (last visited 10/16/26).<br><br>Important<br>Devices using the Apple A12 or later A-series processor — like the iPhone XS, iPhone XS Max, iPhone XR, and Apple TV 4K (2nd generation) — support the arm64e architecture, as do the Apple Watch Series 4 or later, and Mac and iPads with Apple silicon. To test your adoption, you need to run your app on one of these devices. You can't test using Simulator.<br><br>The arm64e architecture introduces pointer authentication codes (PACs) to detect and guard against unexpected changes to pointers in memory. The addition of pointer authentication is transparent to most apps because the compiler manages the process. In rare cases — for example, if your app manipulates the stack directly, or if you pass pointers between C++ and Objective-C++ — you might have to adjust your code to work with PACs.<br><br>https://developer.apple.com/documentation/security/preparing-your-app-to-work-with-pointer-authentication (last visited 10/16/26).<br><br>Note<br>On devices without hardware memory tagging support, this setting has no effect. Supported devices include iPhone and iPad with an A19 chip or later, and Mac and Apple Vision Pro with an M5 chip or later.<br><br>https://developer.apple.com/documentation/xcode/enabling-enhanced-security-for-your-app (last visited 10/16/26). |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | Today we're introducing the culmination of this effort: Memory Integrity Enforcement (MIE), our comprehensive memory safety defense for Apple platforms. Memory Integrity Enforcement is built on the robust foundation provided by our **secure memory allocators**, coupled with **Enhanced Memory Tagging Extension (EMTE)** in synchronous mode, and supported by extensive **Tag Confidentiality Enforcement** policies. MIE is built right into Apple hardware and software in all models of iPhone 17 and iPhone Air and offers unparalleled, always-on memory safety protection for our key attack surfaces including the kernel, while maintaining the power and performance that users expect. In addition, we're making EMTE available to all Apple developers in Xcode as part of the new Enhanced Security feature that we released earlier this year during WWDC.<br><br>https://security.apple.com/blog/memory-integrity-enforcement/ (last visited 10/16/26). |
| [1.a] detecting an application layer memory corruption of at least one portion of a control section of original memory by malicious code during run-time, | Use of the Accused Product performs the step of "detecting an application layer memory corruption of at least one portion of a control section of original memory by malicious code during run-time." *See, e.g.*, the following:<br><br>For example, Apple PAC detects unexpected changes to pointers stored in memory (e.g., an overwritten return address or function pointer).<br><br>EMTE, as implemented in Apple's MIE, detects out-of-bounds and use-after-free memory accesses of the kind used in attacks. Each detection occurs at run-time, when the protected pointer, canary, or memory access is checked while the application executes. |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | The arm64e architecture introduces pointer authentication codes (PACs) to detect and guard against unexpected changes to pointers in memory. The addition of pointer authentication is transparent to most apps because the compiler manages the process. In rare cases — for example, if your app manipulates the stack directly, or if you pass pointers between C++ and Objective-C++ — you might have to adjust your code to work with PACs.<br><br>Pointer authentication works by offering a special CPU instruction to add a cryptographic signature — or PAC — to unused high-order bits of a pointer before storing the pointer. Another instruction removes and authenticates the signature after reading the pointer back from memory. Any change to the stored value between the write and the read invalidates the signature. The CPU interprets authentication failure as memory corruption and sets a high-order bit in the pointer, making the pointer invalid and causing the app to crash.<br><br>https://developer.apple.com/documentation/security/preparing-your-app-to-work-with-pointer-authentication (last visited 10/16/26).<br><br>**Pointer Authentication Codes**<br><br>Pointer Authentication Codes (PACs) are used to protect against exploitation of memory corruption bugs. System software and built-in apps use PAC to help prevent modification of function pointers and return addresses (code pointers). PAC uses five secret 128-bit values to sign kernel instructions and data, and each user space process has its own B keys. Items are salted and signed as indicated below.<br><br>https://support.apple.com/guide/security/operating-system-integrity-sec8b776536b/web (last visited 10/16/26). |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | The arm64e CPU architecture uses pointer authentication codes with cryptographic signatures to detect and guard against unexpected changes to pointers in memory. A crash due to a possible pointer authentication failure uses the KERN_INVALID_ADDRESS exception subtype with an additional message on the end:<br>`Exception Type:  EXC_BAD_ACCESS (SIGBUS)`<br>`Exception Subtype: KERN_INVALID_ADDRESS at 0x00006f126c1a9aa0 -> 0x000000126c1a9aa0 (possit`<br>An invalid memory access, where high-order bits are erroneously set, can look like a pointer authentication failure, even if the cause is due to a memory corruption problem in the app.<br><br>https://developer.apple.com/documentation/xcode/investigating-memory-access-crashes#Identify-the-type-of-memory-access-that-caused-the-issue (last visited 10/16/26).<br><br>But still sometimes these bugs can survive into release builds and we avoid these by using what's called the Stack Protector. So the Stack Protector changes the layout of the stack frame to add a new field the canary so that when we do our write we have a little bit of code right before the return of the function that checks whether the canary is still valid.<br>So if we keep writing in strcpy we're going to override the canary first and then we're going to check the canary first before returning and that's going to abort. So we turned ad potentially exploitable security vulnerability into a reliable crash and that's not good for an attacker. So this is what's called the Stack Protector.<br><br>https://nonstrict.eu/wwdcindex/wwdc2018/409/ (last visited 10/16/26). |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | Let's look at how EMTE can be used to protect against two of the most common types of memory corruption: buffer overflows and use-after-free vulnerabilities. For buffer overflows, the allocator is responsible for using different tags for neighboring allocations. If a request to access memory spills over to adjacent memory that has a different tag, the hardware blocks it, and the operating system can take action and terminate the process. We represent this visually below with three adjacent allocations, tagged with three different secrets: , , and . Two access attempts with the tag are permitted to -tagged memory, but the third attempt is blocked as it spills over into the adjacent, -tagged allocation.<br><br>**Memory Integrity Enforcement blocks buffer overflows**<br><br><br> |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | The allocator is also responsible for retagging memory as it gets reused for other purposes. In the image below, the allocation is retagged as after it has been freed and reallocated by the system. If a request to the retagged memory is made with the older tag, as would be seen in use-after-free exploits, the hardware blocks it and lets the operating system take further action.<br><br>**Memory Integrity Enforcement blocks use-after-free access**<br><br><br><br><br>https://security.apple.com/blog/memory-integrity-enforcement/ (last visited 10/16/26). |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | external libraries written in languages which do not provide memory safety. Memory Integrity Enforcement is a new technology that makes it very difficult for attackers to exploit memory corruption bugs. It is a major advancement in memory safety, where the hardware, the operating system, and the compiler all work together to prevent access to invalid memory by safely aborting program execution. The first supported devices are iPhone 17, iPhone Air, iPhone 17 Pro and Pro Max. Check out "Enabling enhanced security for your app" to learn which other Apple devices are supported. Here is how it works. Under Memory Integrity Enforcement, the system allocator assigns each heap allocation a tag, and also encodes that tag in the return pointer. On each load or store from memory, the hardware checks whether the tag in the pointer matches the tag of the allocation. For example, if a pointer with tag A is used to read or write memory that is also tagged A, the access is allowed to proceed.<br><br>https://developer.apple.com/videos/play/meet-with-apple/206/ (last visited 10/16/26). |
| [1b] where the application layer memory corruption affects execution flow of an application when otherwise left uncorrected, | Use of the Accused Product performs this method step. In the step of element [1a] above, "the application layer memory corruption affects execution of an application when otherwise left uncorrected."<br><br>For example, Apple PAC provides "probabilistic protection of control flow integrity" and helps protect against an attacker overwriting memory in an app to compromise the app's control flow, including through return-oriented and jump-oriented programming; MIE blocks the memory-corruption bugs that attackers use to hijack control of an app. Thus, the detected application layer memory corruption affects execution flow of an application when otherwise left uncorrected. |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | **Prepare your app for pointer authentication**<br><br>The Enhanced Security capability includes additional runtime platform restrictions, which Xcode enables by default for your app. When you adopt the capability by clicking the Enable Enhanced Security for All Targets checkbox, Xcode enables the `ENABLE_POINTER_AUTHENTICATION` build setting. With these additional runtime platform restrictions enabled, Xcode builds your app for the `arm64e` architecture and enables *pointer authentication*, where the system generates signature metadata for pointers that your app creates by allocating memory or constructing C++ objects.<br><br>When you enable pointer authentication, the system validates that the signatures are unchanged when your app accesses the memory addressed by those pointers. If the signature for a pointer isn't valid, the system encounters an exception and crashes your app. Doing so helps to protect against an attacker overwriting memory in your app to compromise the app's control flow.<br><br>https://developer.apple.com/documentation/xcode/enabling-enhanced-security-for-your-app (last visited 10/16/26).<br><br>**Overview**<br><br>Many common attacks against software use techniques that compromise control flow within an app, executing code within the app that the attacker wants to run instead of the intended code path. Two examples of such attacks are:<br><br>Return-oriented programming (ROP)<br>The attacker manipulates the call stack to cause functions to return to the wrong locations.<br><br>Jump-oriented programming (JOP)<br>The attacker manipulates the heap to cause an indirect jump instruction to jump to the wrong location.<br><br>Pointer authentication provides probabilistic protection of control flow integrity (CFI) by annotating pointers with signatures. You sign a raw pointer to produce a signed pointer, which contains an embedded pointer authentication code (PAC). To use a signed pointer, you authenticate it, which validates the PAC and, if valid, returns the raw pointer. Otherwise, if the authentication operation detects that the pointer is invalid, it returns a value that represents an invalid raw pointer. Your process generates a segmentation fault and a crash report when it uses the invalid raw pointer. For more information, see "Recognize pointer authentication failures" in Preparing your app to work with pointer authentication.<br><br>https://developer.apple.com/documentation/apple-silicon/improving-control-flow-integrity-with-pointer-authentication (last visited 10/16/26). |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | **Introduction #**<br><br>Pointer authentication is a technology which offers strong probabilistic protection against exploiting a broad class of memory bugs to take control of program execution. When adopted consistently in a language ABI, it provides a form of relatively fine-grained control flow integrity (CFI) check that resists both return-oriented programming (ROP) and jump-oriented programming (JOP) attacks.<br><br>While pointer authentication can be implemented purely in software, direct hardware support (e.g. as provided by Armv8.3 PAuth) can dramatically improve performance and code size. Similarly, while pointer authentication can be implemented on any architecture, taking advantage of the (typically) excess addressing range of a target with 64-bit pointers minimizes the impact on memory performance and can allow interoperation with existing code (by disabling pointer authentication dynamically). This document will generally attempt to present the pointer authentication feature independent of any hardware implementation or ABI. Considerations that are implementation-specific are clearly identified throughout.<br><br>Note that there are several different terms in use:<br><br>• **Pointer authentication** is a target-independent language technology.<br>• **PAuth** (sometimes referred to as **PAC**, for Pointer Authentication Codes) is an AArch64 architecture extension that provides hardware support for pointer authentication. Additional extensions either modify some of the PAuth instruction behavior (notably FPAC), or provide new instruction variants (PAuth_LR).<br>• **Armv8.3** is an AArch64 architecture revision that makes PAuth mandatory.<br>• **arm64e** is a specific ABI (not yet fully stable) for implementing pointer authentication using PAuth on certain Apple operating systems.<br><br>https://clang.llvm.org/docs/PointerAuthentication.html (last visited 10/16/26).<br><br>People expect their data to be kept private and secure. And it's a violation of trust if that promise is not upheld. Security is the technical foundation that enables privacy. Therefore, security is particularly important for messaging, social media, and browser apps. These apps handle large amounts of untrusted input and often have a broad reach that enables attackers to precisely target their victims. One of the most common security vulnerabilities is memory corruption. Attackers can take advantage of memory bugs to hijack control of an app and steal user-sensitive data. For example, buffer overflow corruptions ride past the bounds of a buffer and corrupt memory in another allocation. Then, when another pointer reads that memory, it can result in data corruption and hard-to-reproduce crashes. But even worse, by carefully crafting the write, an attacker may be able to trick your app to execute arbitrary code under their control.<br><br>https://developer.apple.com/videos/play/meet-with-apple/206/?time=87 (last visited 10/16/26). |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| [1.c] wherein detecting includes performing at least two different invariant checks at run-time, | Use of the Accused Product, when performing the detection recited in element [1a] above, performs the step of "wherein detecting including performing at least two different invariant checks at run-time."<br><br>For example, the Accused Product performs (1) a PAC check, in which a return address is signed when it is stored and authenticated when it is read back, and (2) EMTE, as implemented in MIE, performs a further hardware tag check, comparing the tag in a pointer to the tag of the memory allocation on each memory access. *See, e.g.*, the following: |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|

Pointer Authentication Codes (PACs) are used to protect against exploitation of memory corruption bugs. System software and built-in apps use PAC to help prevent modification of function pointers and return addresses (code pointers). PAC uses five secret 128-bit values to sign kernel instructions and data, and each user space process has its own B keys. Items are salted and signed as indicated below.

| Item | Key | Salt |
|---|---|---|
| Function Return Address | IB | Storage address |
| Function Pointers | IA | 0 |
| Block Invocation Function | IA | Storage address |
| Block Descriptor Pointer | DA | Storage address + 0xC0BB |
| Objective-C Method Cache | IB | Storage address + Class + Selector |
| Objective-C Isa Pointer | DA | Storage address + 0x6AE1 |
| Objective-C Super Pointer | DA | Storage address + 0xB5AB |
| Selector Typed Objective-C ivars | DB | Storage address + 0x57C2 |
| Objective-C Read-only Class Data Pointer | DA | Storage address + 0x61F8 |
| C++ V-Table Entries | IA | Storage address + Hash (mangled method name) |
| C++ V-Table Pointers | DA | Storage address + Hash (mangled base V-Table name) |
| Computed Goto Label | IA | Hash (function name) |
| Kernel Thread State | GA | • |
| User Thread State Registers | IA | Storage address |

The signature value is stored in the unused padding bits at the top of the 64-bit pointer. The signature is verified before use, and the padding is restored to help ensure a functioning pointer address. Failure to verify results in an abort. This verification increases the difficulty of many attacks, such as a return-oriented programming (ROP) attack, which attempts to trick the device into executing existing code maliciously by manipulating function return addresses stored on the stack.

https://support.apple.com/guide/security/operating-system-integrity-sec8b776536b/1/web/1 (last visited 10/16/26).

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | The arm64e architecture introduces pointer authentication codes (PACs) to detect and guard against unexpected changes to pointers in memory. The addition of pointer authentication is transparent to most apps because the compiler manages the process. In rare cases — for example, if your app manipulates the stack directly, or if you pass pointers between C++ and Objective-C++ — you might have to adjust your code to work with PACs.<br><br>Pointer authentication works by offering a special CPU instruction to add a cryptographic signature — or PAC — to unused high-order bits of a pointer before storing the pointer. Another instruction removes and authenticates the signature after reading the pointer back from memory. Any change to the stored value between the write and the read invalidates the signature. The CPU interprets authentication failure as memory corruption and sets a high-order bit in the pointer, making the pointer invalid and causing the app to crash<br><br>https://developer.apple.com/documentation/security/preparing-your-app-to-work-with-pointer-authentication (last visited 10/16/26).<br><br>Arm published the Memory Tagging Extension (MTE) specification in 2019 as a tool for hardware to help find memory corruption bugs. MTE is, at its core, a memory tagging and tag-checking system, where every memory allocation is tagged with a secret; the hardware guarantees that later requests to access memory are granted only if the request contains the correct secret. If the secrets don't match, the app crashes, and the event is logged. This allows developers to identify memory corruption bugs immediately as they occur.<br><br>https://security.apple.com/blog/memory-integrity-enforcement/ (last visited 10/16/26).<br><br>Enforcement is a new technology that makes it very difficult for attackers to exploit memory corruption bugs. It is a major advancement in memory safety, where the hardware, the operating system, and the compiler all work together to prevent access to invalid memory by safely aborting program execution. The first supported devices are iPhone 17, iPhone Air, iPhone 17 Pro and Pro Max. Check out "Enabling enhanced security for your app" to learn which other Apple devices are supported. Here is how it works. Under Memory Integrity Enforcement, the system allocator assigns each heap allocation a tag, and also encodes that tag in the return pointer. On each load or store from memory, the hardware checks whether the tag in the pointer matches the tag of the allocation. For example, if a pointer with tag A is used to read or write memory that is also tagged A, the access is allowed to proceed. |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | https://developer.apple.com/videos/play/meet-with-apple/206/ (last visited 10/16/26). |
| [1.d.a] each invariant check including (a) capturing a state of one or more registers and at least one portion of a data segment of the control section prior to execution of a function call, | Use of the Accused Product performs the invariant checks recited in step [1.c] above, and, further, "each invariant check including (a) capturing a state of one or more registers and at least one portion of a data segment of the control section prior to execution of a function call."<br><br>For example, the Apple PAC offers a special CPU instruction to add a cryptographic signature to a pointer before the pointer is stored. The PAC calculation takes into account the pointer value, a key loaded into the CPU, and a salt value; and that return addresses are signed with a key that is unique per process, using a salt derived from the stack pointer. With PAuth_LR (arm64e.x1), the beginning of the function signs the link register (LR) using a diversifier that incorporates the program counter as well as the stack pointer. *See, e.g.*, the following:<br><br>More generally, the PAC calculation takes into account the pointer value, one of several keys loaded into the CPU, and an optional salt value. To prevent reuse of pointers in different contexts, the PAC calculation depends on the pointer type. Keep these rules in mind when looking for possible issues in your code:<br>• Return addresses are signed with a key that's unique per process, using a salt derived from the stack pointer.<br>• Function pointers are signed with a key that's fixed across all processes, allowing sharing of library code between processes.<br>• Virtual method table entries are signed with a key that's shared across all apps, using a salt derived from the method signature.<br><br>https://developer.apple.com/documentation/security/preparing-your-app-to-work-with-pointer-authentication (last visited 10/16/26).<br><br>Pointer authentication works by offering a special CPU instruction to add a cryptographic signature — or PAC — to unused high-order bits of a pointer before storing the pointer. Another instruction removes and authenticates the signature after reading the pointer back from memory. Any change to the stored value between the write and the read invalidates the signature. The CPU interprets authentication failure as memory corruption and sets a high-order bit in the pointer, making the pointer invalid and causing the app to crash. |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | https://developer.apple.com/documentation/security/preparing-your-app-to-work-with-pointer-authentication (last visited 10/16/26).<br><br>**Strengthen return address protection using ARM64e.x1 with PAuth_LR**<br><br>The Hardware-Checked Pointer Arithmetic Slice (`arm64e.x1`) extends return address protection using PAuth_LR, a scheme that authenticates the link register (LR) around function calls and returns. As with the pointer authentication described in this article, the compiler manages PAuth_LR automatically, and adopting it requires no changes to your code or the ABI. For more information about `arm64e.x1` and its calling conventions, see Build settings reference.<br><br>PAuth_LR is an optional, additive security measure. Existing arm64e code continues to behave as it does today. Adopting PAuth_LR closes off additional classes of return-oriented programming (ROP) attacks that reuse existing stack frames, by making forged or replayed return addresses detectable at authentication time.<br><br>Under PAuth_LR, the beginning of function uses the diversifier to sign the LR that incorporates the program counter as well as the stack pointer. As a result, unwinders and other tools that authenticate a saved LR value, rather than only reading it, can't assume a single fixed authentication scheme. Whether or not a frame's LR uses this PC-based scheme is based on that frame's unwind info. Consult the frame's compact unwind info or DWARF unwind info, whichever it uses, to determine the correct scheme.<br><br>This requirement applies only to tooling that authenticates the saved LR, most notably unwinders. Tools that only need the return address's value, such as crash reporters that symbolicate backtraces, can continue to strip the Pointer Authentication Code (PAC) bits as before.<br><br>https://developer.apple.com/documentation/security/preparing-your-app-to-work-with-pointer-authentication (last visited 10/16/26). |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | 27:47 Thanks, Filippo. Hi, everyone. I'm Oliver Hunt. I'm an engineer working on security and tooling, security tooling and compilers here at Apple. At this point in the session, you've learned about how you can protect your code against memory safety errors with memory integrity enforcement. MI makes exploiting memory safety bugs incredibly difficult, but it cannot protect against every possible attack. I'm going to be showing you how you can adopt hardware based pointer authentication that provides your application with control flow integrity. That means even if an attacker can bypass me and corrupt arbitrary memory, they still don't have the ability to control the code that your application will execute with pointer authentication. The hardware, the compiler, and the operating system all work together to ensure the validity of pointers that attackers target when trying to hijack your application. Here's how this works. Under the hood, with pointer authentication, the CPU and operating system create cryptographic signatures of pointers, and then they embed those signatures into the pointers themselves. These signatures allow the hardware to check the validity of a pointer before it is used, which gives your code a chain of trust linking the value of a pointer at the time it is used all the way back to its original value, and pointer authentication continues to protect these pointers in applications that are also using mice. Memory tagging extensions by transparently adjusting the signing and authentication operations to accommodate the existing tag. The additional tags with all of this in place, when an attacker attempts to corrupt a pointer, the signature is no longer valid and the chain of trust is broken.<br><br>https://developer.apple.com/videos/play/meet-with-apple/279/ (last visited 10/16/26).<br><br>Under MIE, the system allocator assigns each heap allocation a tag and encodes that tag in the pointer it returns to the application; the tag is stored in the upper bits of the pointer prior to execution of a function call. |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| |  <br>https://developer.apple.com/videos/play/meet-with-apple/206/ (video at 3:49-4:07). |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | <br><br><br>https://developer.apple.com/videos/play/meet-with-apple/206/ (video at 10:10-10:24).<br><br>Apple's documentation likewise states that each new memory allocation, and any pointer to that memory, carries an embedded tag value.<br><br>**Adopt memory integrity enforcement**<br><br>When you enable hardware memory tagging, each new memory allocation and any pointers to that memory include an embedded value called a *tag*. Accessing to memory through a pointer requires that the pointer's tag matches the allocation's tag. If the tags don't match — for example, because of a use-after-free error or out-of-bounds access — the app crashes instead of performing the unsafe access.<br><br>https://developer.apple.com/documentation/xcode/enabling-enhanced-security-for-your-app. |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| [1.d.b] (b) checking the state after the execution of the function call against the captured state and | In addition, use of the Accused Product performs the invariant checks recited in step [1.c] above, and, further, "each invariant check including: [] (b) checking the state after the execution of the function call against the captured state."<br><br>For example, (1) PAC offers another instruction that removes and authenticates the signature after the pointer is read back from memory, and that any change to the stored value between the write and the read invalidates the signature. For return addresses, Apple describes PAuth_LR as authenticating the link register around function calls and returns. *See, e.g.*, the following:<br><br>The arm64e architecture introduces pointer authentication codes (PACs) to detect and guard against unexpected changes to pointers in memory. The addition of pointer authentication is transparent to most apps because the compiler manages the process. In rare cases — for example, if your app manipulates the stack directly, or if you pass pointers between C++ and Objective-C++ — you might have to adjust your code to work with PACs.<br><br>Pointer authentication works by offering a special CPU instruction to add a cryptographic signature — or PAC — to unused high-order bits of a pointer before storing the pointer. Another instruction removes and authenticates the signature after reading the pointer back from memory. Any change to the stored value between the write and the read invalidates the signature. The CPU interprets authentication failure as memory corruption and sets a high-order bit in the pointer, making the pointer invalid and causing the app to crash.<br><br>https://developer.apple.com/documentation/security/preparing-your-app-to-work-with-pointer-authentication (last visited 10/16/26). |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | **Strengthen return address protection using ARM64e.x1 with PAuth_LR**<br><br>The Hardware-Checked Pointer Arithmetic Slice (arm64e.x1) extends return address protection using PAuth_LR, a scheme that authenticates the link register (LR) around function calls and returns. As with the pointer authentication described in this article, the compiler manages PAuth_LR automatically, and adopting it requires no changes to your code or the ABI. For more information about arm64e.x1 and its calling conventions, see Build settings reference.<br><br>PAuth_LR is an optional, additive security measure. Existing arm64e code continues to behave as it does today. Adopting PAuth_LR closes off additional classes of return-oriented programming (ROP) attacks that reuse existing stack frames, by making forged or replayed return addresses detectable at authentication time.<br><br>Under PAuth_LR, the beginning of function uses the diversifier to sign the LR that incorporates the program counter as well as the stack pointer. As a result, unwinders and other tools that authenticate a saved LR value, rather than only reading it, can't assume a single fixed authentication scheme. Whether or not a frame's LR uses this PC-based scheme is based on that frame's unwind info. Consult the frame's compact unwind info or DWARF unwind info, whichever it uses, to determine the correct scheme.<br><br>https://developer.apple.com/documentation/security/preparing-your-app-to-work-with-pointer-authentication (last visited 10/16/26).<br><br>But still sometimes these bugs can survive into release builds and we avoid these by using what's called the Stack Protector. So the Stack Protector changes the layout of the stack frame to add a new field the canary so that when we do our write we have a little bit of code right before the return of the function that checks whether the canary is still valid.<br><br>So if we keep writing in strcpy we're going to override the canary first and then we're going to check the canary first before returning and that's going to abort. So we turned ad potentially exploitable security vulnerability into a reliable crash and that's not good for an attacker. So this is what's called the Stack Protector.<br><br>https://nonstrict.eu/wwdcindex/wwdc2018/409/?t=1685 (last visited 10/16/26).<br><br>In EMTE as implemented in MIE, on each load or store from memory, the hardware checks whether the tag in the pointer matches the tag of the allocation. |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | <br><br><br>https://developer.apple.com/videos/play/meet-with-apple/206/ (video at 4:02).<br><br>Apple's documentation likewise states that accessing memory through a pointer requires the pointer's tag to match the allocation's tag.<br><br>**Adopt memory integrity enforcement**<br><br>When you enable hardware memory tagging, each new memory allocation and any pointers to that memory include an embedded value called a *tag*. Accessing to memory through a pointer requires that the pointer's tag matches the allocation's tag. If the tags don't match — for example, because of a use-after-free error or out-of-bounds access — the app crashes instead of performing the unsafe access.<br><br>https://developer.apple.com/documentation/xcode/enabling-enhanced-security-for-your-app. |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
| --- | --- |
| | Apple states that it implements EMTE in synchronous mode; it explains that in asynchronous mode memory corruption does not immediately raise an exception, and states that it would not implement such a mechanism.<br><br>Consider that MTE can be configured to report memory corruption either synchronously or asynchronously. In the latter mode, memory corruption doesn't immediately raise an exception, leaving a race window open for attackers. We would not implement such a mechanism. We believe memory safety protections need to be strictly synchronous, on by default, and working continuously. But supporting always-on, synchronous MTE across key attack surfaces while preserving a great, high-performance user experience is extremely demanding on hardware.<br><br>https://security.apple.com/blog/memory-integrity-enforcement/. |
| [1.d.c] (c) declaring application layer memory corruption if the checked state and the captured state do not match; and | In addition, use of the Accused Product performs the invariant checks recited in step [1.c] above, and, further, "each invariant check including: [] (c) declaring application layer memory corruption if the checked state and the captured state do not match.<br><br>For example, PAC interprets authentication failure as memory corruption, sets a high-order bit in the pointer to make it invalid, and causes the app to crash. *See, e.g.*, the following:<br><br>Pointer authentication works by offering a special CPU instruction to add a cryptographic signature — or PAC — to unused high-order bits of a pointer before storing the pointer. Another instruction removes and authenticates the signature after reading the pointer back from memory. Any change to the stored value between the write and the read invalidates the signature. The CPU interprets authentication failure as memory corruption and sets a high-order bit in the pointer, making the pointer invalid and causing the app to crash.<br><br>https://developer.apple.com/documentation/security/preparing-your-app-to-work-with-pointer-authentication (last visited 10/16/26). |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | Pointer Authentication Codes (PACs) are used to protect against exploitation of memory corruption bugs. System software and built-in apps use PAC to help prevent modification of function pointers and return addresses (code pointers). PAC uses five secret 128-bit values to sign kernel instructions and data, and each user space process has its own B keys. Items are salted and signed as indicated below. |

| Item | Key | Salt |
|---|---|---|
| Function Return Address | IB | Storage address |
| Function Pointers | IA | 0 |
| Block Invocation Function | IA | Storage address |
| Block Descriptor Pointer | DA | Storage address + 0xC0BB |
| Objective-C Method Cache | IB | Storage address + Class + Selector |
| Objective-C Isa Pointer | DA | Storage address + 0x6AE1 |
| Objective-C Super Pointer | DA | Storage address + 0xB5AB |
| Selector Typed Objective-C ivars | DB | Storage address + 0x57C2 |
| Objective-C Read-only Class Data Pointer | DA | Storage address + 0x61F8 |
| C++ V-Table Entries | IA | Storage address + Hash (mangled method name) |
| C++ V-Table Pointers | DA | Storage address + Hash (mangled base V-Table name) |
| Computed Goto Label | IA | Hash (function name) |
| Kernel Thread State | GA | • |
| User Thread State Registers | IA | Storage address |

The signature value is stored in the unused padding bits at the top of the 64-bit pointer. The signature is verified before use, and the padding is restored to help ensure a functioning pointer address. Failure to verify results in an abort. This verification increases the difficulty of many attacks, such as a return-oriented programming (ROP) attack, which attempts to trick the device into executing existing code maliciously by manipulating function return addresses stored on the stack.

https://support.apple.com/guide/security/operating-system-integrity-sec8b776536b/1/web/1 (last visited 10/16/26).

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | With respect to ENTE as implemented in MIE, when the tags do not match, the hardware aborts program execution. |




https://developer.apple.com/videos/play/meet-with-apple/206/ (video at 3:27).

Apple's documentation states that, for a mismatch caused by a use-after-free or out-of-bounds access, the app crashes instead of performing the unsafe access.

### Adopt memory integrity enforcement

When you enable hardware memory tagging, each new memory allocation and any pointers to that memory include an embedded value called a *tag*. Accessing to memory through a pointer requires that the pointer's tag matches the allocation's tag. If the tags don't match — for example, because of a use-after-free error or out-of-bounds access — the app crashes instead of performing the unsafe access.

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
| --- | --- |
| | https://developer.apple.com/documentation/xcode/enabling-enhanced-security-for-your-app. Apple’s security engineers state that when the hardware blocks an access, the operating system can take action and terminate the process.<br><br>Let’s look at how EMTE can be used to protect against two of the most common types of memory corruption: buffer overflows and use-after-free vulnerabilities. For buffer overflows, the allocator is responsible for using different tags for neighboring allocations. If a request to access memory spills over to adjacent memory that has a different tag, the hardware blocks it, and the operating system can take action and terminate the process. We represent this visually below with three adjacent allocations, tagged with three different secrets: ●, ▲, and ■. Two access attempts with the ▲ tag are permitted to ▲-tagged memory, but the third attempt is blocked as it spills over into the adjacent, ■-tagged allocation.<br><br>**Memory Integrity Enforcement blocks buffer overflows**<br><br>The allocator is also responsible for retagging memory as it gets reused for other purposes. In the image below, the ▲ allocation is retagged as ■ after it has been freed and reallocated by the system. If a request to the retagged memory is made with the older ▲ tag, as would be seen in use-after-free exploits, the hardware blocks it and lets the operating system take further action.<br><br>https://security.apple.com/blog/memory-integrity-enforcement/. |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| [1.e] reporting the application layer memory corruption to a user. | Use of the Accused Product performs the step of “reporting the application layer memory corruption to a user.”<br><br>For example, when a PAC check fails, the system invalidates the pointer, the process generates a segmentation fault and a crash report, and the crash report includes the pointer value before and after invalidation and the message “possible pointer authentication failure.” When a stack-protector check fails, the system library sets the crash-log message “stack buffer overflow” and aborts, and the system generates a crash report. When EMTE detects a tag mismatch, the app terminates, and the termination reason identifies the tag mismatch. *See, e.g.*, the following:<br><br>**Recognize pointer authentication failures**<br><br>When pointer authentication fails, the system invalidates the failing pointer by setting a high-order bit. Subsequent use of the pointer results in a segmentation fault. The crash report contains a message that includes the value of the pointer both after and before invalidation:<br><br>`Exception Subtype: KERN_INVALID_ADDRESS at 0x0040000105394398 -> 0x0000000105394398 (possib`<br><br>Typically, the compiler adds the CPU instructions for both creating and authenticating the PAC. In the unusual case that you manage these steps yourself — for example, if you’re authoring your own compiler — and if you try to use a signed pointer without first applying the authentication instruction to remove the signature, that also triggers a segmentation fault. In this case, the presence of the signature in the high-order bits invalidates the pointer:<br><br>`Exception Subtype: KERN_INVALID_ADDRESS at 0x217c000105394398 -> 0x0000000105394398 (possib`<br><br>Be aware that other invalid memory accesses, where high-order bits are erroneously set, can also look like pointer authentication failures.<br><br>https://developer.apple.com/documentation/security/preparing-your-app-to-work-with-pointer-authentication (last visited 10/16/26). |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | Pointer authentication provides probabilistic protection of control flow integrity (CFI) by annotating pointers with signatures. You sign a raw pointer to produce a signed pointer, which contains an embedded pointer authentication code (PAC). To use a signed pointer, you authenticate it, which validates the PAC and, if valid, returns the raw pointer. Otherwise, if the authentication operation detects that the pointer is invalid, it returns a value that represents an invalid raw pointer. Your process generates a segmentation fault and a crash report when it uses the invalid raw pointer. For more information, see "Recognize pointer authentication failures" in Preparing your app to work with pointer authentication.<br><br>https://developer.apple.com/documentation/apple-silicon/improving-control-flow-integrity-with-pointer-authentication (last visited 10/16/26). |

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | (see below) |






About Transcript

application is working as expected, you're going to deploy it to your users.

40:09 And as with any release, you might get reports of new crashes. And you want to know if these are authentication failures.

40:18 To help you diagnose this, when your program is terminated, the generated crash log will include a diagnostic message If the fault may be due to an authentication failure.

40:29 If you're performing your own crash logging, though, you can examine the high bits of the faulting address to provide a similar diagnostic.

| US Patent No. 8,966,312, Claim 1 | APPLE OS / PAC (arm64e) / MIE (EMTE) |
|---|---|
| | **Collect crash reports from TestFlight and the App Store**<br><br>TestFlight and the App Store collect crash reports for every submitted version of your app. Crash reports automatically contain identifiable symbol information if you include symbol information when submitting a build to the App Store. Review Building your app to include debugging information for the recommended settings.<br><br>The Crashes organizer presents crash reports from customers who share diagnostic and usage information, as described in Share crash, energy, and metrics data with developers. TestFlight users of your app automatically share crash reports with you, regardless of the device settings for sharing diagnostic and use data. If no crash reports appear in the Crashes organizer, see If no crash, energy, or metrics reports appear in the organizer to enable collection of crash reports from your customers.<br><br>The following crash report types aren't available through the Crashes organizer, but are available by other means. See Transfer crash reports and device logs to a Mac and Locate crash reports and memory logs on the device.<br><br>• Watchdog events, such as those from slow app launch times<br>• Invalid code-signature crashes<br>• Thermal events, where a device overheats because an app uses too much CPU<br>• Jetsam events, where an app has high memory use<br><br>https://developer.apple.com/documentation/xcode/acquiring-crash-reports-and-diagnostic-logs#Locate-crash-reports-and-memory-logs-on-the-device (last visited 10/16/26). |