# EXHIBIT 6

Developer Get Started Platforms Technologies Community Documentation Downloads Support Sign in

Videos Collections All Videos About

‹ More Videos




About **Transcript** Code

Search this video...

0:07 Hello and welcome to Analyze Heap Memory! That's Ben, and that's Daniel! Today we're going to talk about heap memory and your app. Heap memory is used directly and indirectly by apps, and it's something as a developer, you can control and optimize. It's where your app's reference types are stored and matters because it's usually written to and dirty, making it count against your app's memory limits. That's why this session's focus will be on measuring and reducing heap memory.

0:34 If you're interested in learning more about other types of memory including graphics memory or memory limits, there are some other excellent talks that cover those in more detail.

0:43 So, whether your app is using too much memory or you're just curious like me, and want to take a peek under the hood, let's dive in! We're going to cover five topics today: Measuring your heap, dealing with transient growth, tracking persistent growth, fixing memory leaks, and improving runtime performance. So let's get started by asking the question! What is heap memory, and what tools can we use to measure how much our app is using? To understand the

Developer › Videos › WWDC24 › Analyze heap memory

**Platforms**
iOS
iPadOS
macOS
tvOS
visionOS
watchOS
App Store

**Tools**
Swift
SwiftUI
Swift Playground
TestFlight
Xcode
Xcode Cloud
Icon Composer
SF Symbols

**Technologies**
Accessibility
Accessories
AI & Machine Learning
Apple In-App Purchase
Apple Intelligence
Audio & Video
Augmented Reality
Business
Design
Distribution
Education
Games
Health & Fitness
Localization
Maps & Location
Security
Safari & Web

**Resources**
Documentation
Downloads
Sample Code
Videos
Documentation Archive

**Support**
Help Guides & Articles
Contact Us
Forums
Feedback & Bug Reporting
System Status

**Account**
Apple Developer
App Store Connect
Certificates, IDs, & Profiles
Feedback Assistant

**Programs**
Apple Developer Program
Apple Developer Enterprise Program
App Store Small Business Program
MFi Program
Mini Apps Partner Program
News Partner Program
Video Partner Program
Security Bounty Program
Security Research Device Program

**Events**
Meet with Apple
Apple Developer Centers
App Store Awards
Apple Design Awards
Apple Developer Academies
WWDC

Read the latest news. | Get the Apple Developer app. | Follow us on bilibili, LinkedIn, WeChat, and YouTube. Light Dark Auto

Copyright © 2026 Apple Inc. All rights reserved. Terms of Use | Privacy Policy | Agreements and Guidelines English