# EXHIBIT 8

# EXHIBIT 8

| US Patent No. 10,331,888, Claim 11 | APPLE libmalloc (magazine allocator, libmalloc-374.120.1) |
|---|---|
| **[11.pre]** A method comprising: | Apple's libmalloc memory allocator, as released in libmalloc-374.120.1 (May 2022) and included in Apple's operating systems (e.g., macOS and iOS) (the "Accused Product"), practices the claimed method.<br><br>libmalloc is the system allocator that supplies *malloc()* and *free()* to user processes. The claimed method is performed each time a process using the Accused Product frees a block of heap memory into a libmalloc magazine free list and the allocator later reuses or coalesces that block.<br><br>On each process launch, libmalloc creates the "scalable" (magazine) zone and registers it as the default malloc zone:<br><br>`initial_scalable_zone = create_scalable_zone(0, malloc_debug_flags);`<br>`malloc_set_zone_name(initial_scalable_zone, DEFAULT_MALLOC_ZONE_STRING);`<br>`malloc_zone_register_while_locked(initial_scalable_zone, /*make_default=*/true);`<br><br>https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/malloc.c.<br><br>The magazine allocator serves tiny allocations (up to 1,008 bytes on 64-bit), small allocations (up to 32 KB; 15 KB on iOS), and, where engaged, medium allocations (up to 8 MB). |

| US Patent No. 10,331,888, Claim 11 | APPLE libmalloc (magazine allocator, libmalloc-374.120.1) |
|---|---|
| | `#if MALLOC_TARGET_64BIT`<br>`#define TINY_LIMIT_THRESHOLD (1008)`<br>`#else // MALLOC_TARGET_64BIT`<br>`#define TINY_LIMIT_THRESHOLD (496)`<br>`#endif // MALLOC_TARGET_64BIT`<br><br>`#if MALLOC_TARGET_IOS`<br>`#define SMALL_LIMIT_THRESHOLD (15 * 1024)`<br>`#else // MALLOC_TARGET_IOS`<br>`#define SMALL_LIMIT_THRESHOLD (32 * 1024)`<br>`#endif // MALLOC_TARGET_IOS`<br>`#define MEDIUM_LIMIT_THRESHOLD (8 * 1024 * 1024)`<br><br>https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/thresholds.h. |
| **[11.a]** detecting an application layer memory corruption of at least one portion of a control section of memory by a heap attack, | Use of the Accused Product performs the step of “detecting an application layer memory corruption of at least one portion of a control section of memory by a heap attack.”<br><br>For example, libmalloc executes in user space inside each application process and protects the heap’s free-list metadata—the previous and next pointers that the allocator writes into each freed block to maintain a doubly-linked free list. |

<table>
<tr><th>US Patent No. 10,331,888, Claim 11</th><th>APPLE libmalloc (magazine allocator, libmalloc-374.120.1)</th></tr>
<tr><td></td><td>

```
typedef struct _small_inplace_free_entry_s {
    inplace_linkage_s previous;
    inplace_linkage_s next;
} small_inplace_free_entry_s, *small_inplace_free_entry_t;

typedef struct _medium_inplace_free_entry_s {
    inplace_linkage_s previous;
    inplace_linkage_s next;
} medium_inplace_free_entry_s, *medium_inplace_free_entry_t;

typedef union {
    small_inplace_free_entry_t small_inplace;
    medium_inplace_free_entry_t medium_inplace;
    inplace_free_entry_t inplace;
    oob_free_entry_t oob;
    void *p;
} free_list_t;
```

https://github.com/apple-oss-distributions/libmalloc/blob/main/src/magazine_zone.h.

Apple’s source expressly describes the corruption this mechanism is designed to detect—a write to freed memory, by dereference or by buffer overflow from an adjacent allocation, that corrupts the free list’s previous and next pointers:

</td></tr>
</table>

<table>
<tr><th>US Patent No. 10,331,888, Claim 11</th><th>APPLE libmalloc (magazine allocator, libmalloc-374.120.1)</th></tr>
<tr><td></td><td>

```
/********************  FREE LIST UTILITIES  ***********************/

// A free list entry is comprised of a pair of pointers, previous and next.
// These are used to implement a doubly-linked list, which permits efficient
// extraction.
//
// Because the free list entries are previously freed objects, a misbehaved
// program may write to a pointer after it has called free() on that pointer,
// either by dereference or buffer overflow from an adjacent pointer. This write
// would then corrupt the free list's previous and next pointers, leading to a
// crash.  In order to detect this case, we take advantage of the fact that
// malloc'd pointers are known to be at least 16 byte aligned, and thus have
// at least 4 trailing zero bits.
//
// When an entry is added to the free list, a checksum of the previous and next
// pointers is calculated and written to the high four bits of the respective
// pointers.  Upon detection of an invalid checksum, an error is logged and NULL
// is returned.  Since all code which un-checksums pointers checks for a NULL
// return, a potentially crashing or malicious dereference is avoided at the
// cost of leaking the corrupted block, and any subsequent blocks on the free
// list of that size.
```

https://github.com/apple-oss-distributions/libmalloc/blob/main/src/magazine_inline.h.

Use-after-free writes and heap buffer overflows that overwrite free-list linkage are heap attacks. The detection occurs at run time, within the process’s own address space, where the corrupted free-list linkage resides.</td></tr>
<tr><td>[11.b] wherein detecting includes, in a given time frame:</td><td>Use of the Accused Product, when performing the detection recited in element [11.a] above, performs the steps recited in [11.b.a]–[11.b.d] below in a given time frame.

For example, the time frame begins when libmalloc inserts a freed block onto a free list and records the checksums of its linkage pointers (the heap operation performed by free()), and ends when a later heap operation (malloc() taking the block from the free list, or free()</td></tr>
</table>

| US Patent No. 10,331,888, Claim 11 | APPLE libmalloc (magazine allocator, libmalloc-374.120.1) |
|---|---|
| | coalescing with an adjacent free block) reads the linkage and verifies it. Detection and declaration occur synchronously, in the same heap operation that performs the comparison, before the corrupted pointer is used. *See* elements [11.b.b]–[11.b.d] below. |
| **[11.b.a]** (a) capturing a shadow copy of a checksum for heap metadata from the control section of memory; | Use of the Accused Product performs the step of "capturing a shadow copy of a checksum for heap metadata from the control section of memory."<br><br>For example, when libmalloc inserts a block into a free list, it computes a checksum over each linkage pointer, keyed with a per-process random cookie, and stores that checksum with the freed block. The stored checksum is a saved copy of the checksum of the heap metadata at the time of insertion, retained for later comparison. The checksum function sums the bytes of the keyed pointer value, and the cookie is drawn from the process's malloc entropy: |

```
static MALLOC_INLINE uintptr_t
free_list_gen_checksum(uintptr_t ptr)
{
    uint8_t chk;

    chk = (unsigned char)(ptr >> 0);
    chk += (unsigned char)(ptr >> 8);
    chk += (unsigned char)(ptr >> 16);
    chk += (unsigned char)(ptr >> 24);
#if __LP64__
    chk += (unsigned char)(ptr >> 32);
    chk += (unsigned char)(ptr >> 40);
    chk += (unsigned char)(ptr >> 48);
    chk += (unsigned char)(ptr >> 56);
#endif

    return chk;
}
```

| US Patent No. 10,331,888, Claim 11 | APPLE libmalloc (magazine allocator, libmalloc-374.120.1) |
|---|---|

https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_inline.h.

```
rack->cookie = (uintptr_t)malloc_entropy[0];
```

https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_rack.c.

Re a tiny zone. a 4-bit checksum is computed and written into the high four bits of each stored previous/next pointer:

```
static MALLOC_INLINE uintptr_t
free_list_checksum_ptr(rack_t *rack, void *ptr)
{
    uintptr_t p = (uintptr_t)ptr;
    return (p >> NYBBLE) | ((free_list_gen_checksum(p ^ rack->cookie) & (uintptr_t)0xF) << ANTI_NYBBLE); // compiles to rotate instruction
}
```

https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_inline.h.

**Re small and medium zones,** an 8-bit checksum is stored in a separate field alongside each linkage pointer:

```
typedef struct {
    void *ptr;
    uint8_t checksum;
} inplace_linkage_s;
```

https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_zone.h.

<table>
<tr><th>US Patent No. 10,331,888, Claim 11</th><th>APPLE libmalloc (magazine allocator, libmalloc-374.120.1)</th></tr>
<tr><td></td><td>

```
static MALLOC_INLINE void
small_inplace_checksum_ptr(rack_t *rack, inplace_linkage_s *linkage, void *ptr)
{
    uintptr_t checksum = free_list_gen_checksum((uintptr_t)ptr ^ rack->cookie ^ (uintptr_t)rack);
    linkage->checksum = checksum;
    linkage->ptr = ptr;
}
```

https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_small.c.</td></tr>
<tr><td>[11.b.b] (b) calculating a current checksum for the heap metadata following execution of a heap operation;</td><td>Use of the Accused Product performs the step of “calculating a current checksum for the heap metadata following execution of a heap operation.”

For example, after the free() that inserted the entry has executed, a later heap operation that reads a free-list linkage pointer recalculates the checksum from the stored pointer value and the cookie.  Triggering heap operations include malloc() taking a block from the free list and free() coalescing with an adjacent free block.

Tiny zone:

```
static MALLOC_INLINE void *
free_list_unchecksum_ptr(rack_t *rack, inplace_union *ptr)
{
    inplace_union p;
    uintptr_t t = ptr->u;

    t = (t << NYBBLE) | (t >> ANTI_NYBBLE); // compiles to rotate instruction
    p.u = t & ~(uintptr_t)0xF;

    if ((t ^ free_list_gen_checksum(p.u ^ rack->cookie)) & (uintptr_t)0xF) {
        free_list_checksum_botch(rack, ptr, (void *)ptr->u);
        __builtin_trap();
    }
    return p.p;
}
```
</td></tr>
</table>

<table>
<tr><th>US Patent No. 10,331,888, Claim 11</th><th>APPLE libmalloc (magazine allocator, libmalloc-374.120.1)</th></tr>
<tr><td></td><td>
https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_inline.h.

Small and medium zones:

<pre>
static MALLOC_INLINE free_list_t
small_inplace_unchecksum_ptr(rack_t *rack, inplace_linkage_s *linkage)
{
    if (linkage->checksum != (uint8_t)free_list_gen_checksum((uintptr_t)linkage->ptr ^ rack->cookie ^ (uintptr_t)rack)) {
        free_list_checksum_botch(rack, linkage, linkage->ptr);
        __builtin_trap();
    }

    return (free_list_t){ .p = linkage->ptr };
}
</pre>

https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_small.c.

<pre>
static MALLOC_INLINE void
medium_inplace_checksum_ptr(rack_t *rack, inplace_linkage_s *linkage, void *ptr)
{
    uintptr_t checksum = free_list_gen_checksum((uintptr_t)ptr ^ rack->cookie ^ (uintptr_t)rack);
    linkage->checksum = checksum;
    linkage->ptr = ptr;
}
</pre>

https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_medium.c.

Each recalculation follows execution of the *free()* that created the entry, which is itself a heap operation, and occurs as part of the subsequent heap operation.
</td></tr>
<tr><td>[11.b.c] (c) checking the current checksum against the shadow copy of the checksum; and</td><td>Use of the Accused Product performs the step of “checking the current checksum against the shadow copy of the checksum.”</td></tr>
</table>

| US Patent No. 10,331,888, Claim 11 | APPLE libmalloc (magazine allocator, libmalloc-374.120.1) |
|---|---|
| | For example, the recalculated checksum is compared directly against the stored checksum through, e.g., An XOR-and-mask comparison for the tiny zone (4-bit field) and an inequality comparison for the small and medium zones (8-bit field). |

```
static MALLOC_INLINE void *
free_list_unchecksum_ptr(rack_t *rack, inplace_union *ptr)
{
    inplace_union p;
    uintptr_t t = ptr->u;

    t = (t << NYBBLE) | (t >> ANTI_NYBBLE); // compiles to rotate instruction
    p.u = t & ~(uintptr_t)0xF;

    if ((t ^ free_list_gen_checksum(p.u ^ rack->cookie)) & (uintptr_t)0xF) {
        free_list_checksum_botch(rack, ptr, (void *)ptr->u);
        __builtin_trap();
    }
    return p.p;
}
```

https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_inline.h.

```
static MALLOC_INLINE free_list_t
small_inplace_unchecksum_ptr(rack_t *rack, inplace_linkage_s *linkage)
{
    if (linkage->checksum != (uint8_t)free_list_gen_checksum((uintptr_t)linkage->ptr ^ rack->cookie ^ (uintptr_t)rack)) {
        free_list_checksum_botch(rack, linkage, linkage->ptr);
        __builtin_trap();
    }

    return (free_list_t){ .p = linkage->ptr };
}
```

<table>
<tr><th>US Patent No. 10,331,888, Claim 11</th><th>APPLE libmalloc (magazine allocator, libmalloc-374.120.1)</th></tr>
<tr><td></td><td>

https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_small.c.

```
static MALLOC_INLINE free_list_t
medium_inplace_unchecksum_ptr(rack_t *rack, inplace_linkage_s *linkage)
{
    if (linkage->checksum != (uint8_t)free_list_gen_checksum((uintptr_t)linkage->ptr ^ rack->cookie ^ (uintptr_t)rack)) {
        free_list_checksum_botch(rack, linkage, linkage->ptr);
        __builtin_trap();
    }

    return (free_list_t){ .p = linkage->ptr };
}
```

https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_medium.c.

</td></tr>
<tr><td>

**[11.b.d]** (d) declaring the application layer memory corruption based on the current checksum and the shadow copy of the checksum not matching in the given time frame; and

</td><td>

Use of the Accused Product performs the step of “declaring the application layer memory corruption based on the current checksum and the shadow copy of the checksum not matching in the given time frame.”

For example, on a mismatch, libmalloc calls *free_list_checksum_botch()*, which invokes *malloc_zone_error()* with *is_corruption* set to true and a message declaring that the freed object was corrupted, and then traps:

</td></tr>
</table>

| US Patent No. 10,331,888, Claim 11 | APPLE libmalloc (magazine allocator, libmalloc-374.120.1) |
| --- | --- |
| | ```<br>static MALLOC_INLINE void *<br>free_list_unchecksum_ptr(rack_t *rack, inplace_union *ptr)<br>{<br>    inplace_union p;<br>    uintptr_t t = ptr->u;<br><br>    t = (t << NYBBLE) \| (t >> ANTI_NYBBLE); // compiles to rotate instruction<br>    p.u = t & ~(uintptr_t)0xF;<br><br>    if ((t ^ free_list_gen_checksum(p.u ^ rack->cookie)) & (uintptr_t)0xF) {<br>        free_list_checksum_botch(rack, ptr, (void *)ptr->u);<br>        __builtin_trap();<br>    }<br>    return p.p;<br>}<br>```<br><br>https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_inline.h.<br><br>```<br>static MALLOC_INLINE free_list_t<br>small_inplace_unchecksum_ptr(rack_t *rack, inplace_linkage_s *linkage)<br>{<br>    if (linkage->checksum != (uint8_t)free_list_gen_checksum((uintptr_t)linkage->ptr ^ rack->cookie ^ (uintptr_t)rack)) {<br>        free_list_checksum_botch(rack, linkage, linkage->ptr);<br>        __builtin_trap();<br>    }<br><br>    return (free_list_t){ .p = linkage->ptr };<br>}<br>```<br><br>https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_small.c. |

<table>
<tr><th>US Patent No. 10,331,888, Claim 11</th><th>APPLE libmalloc (magazine allocator, libmalloc-374.120.1)</th></tr>
<tr><td></td><td>

```
static MALLOC_INLINE free_list_t
medium_inplace_unchecksum_ptr(rack_t *rack, inplace_linkage_s *linkage)
{
    if (linkage->checksum != (uint8_t)free_list_gen_checksum((uintptr_t)linkage->ptr ^ rack->cookie ^ (uintptr_t)rack)) {
        free_list_checksum_botch(rack, linkage, linkage->ptr);
        __builtin_trap();
    }

    return (free_list_t){ .p = linkage->ptr };
}
```

https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_medium.c.

```
static MALLOC_NOINLINE void
free_list_checksum_botch(rack_t *rack, void *ptr, void *value)
{
    malloc_zone_error(rack->debug_flags, true,
            "Incorrect checksum for freed object %p: "
            "probably modified after being freed.\n"
            "Corrupt value: %p\n", ptr, value);
}
```

https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_inline.h.

The declaration occurs synchronously, in the same heap operation that performs the comparison and before the corrupted pointer is used, and therefore within the given time frame between insertion of the entry and the later heap operation that consumes it. Apple’s source explains that detecting the invalid checksum avoids “a potentially crashing or malicious dereference.”

</td></tr>
</table>

| US Patent No. 10,331,888, Claim 11 | APPLE libmalloc (magazine allocator, libmalloc-374.120.1) |
| --- | --- |
| | `//`<br>`// When an entry is added to the free list, a checksum of the previous and next`<br>`// pointers is calculated and written to the high four bits of the respective`<br>`// pointers.  Upon detection of an invalid checksum, an error is logged and NULL`<br>`// is returned.  Since all code which un-checksums pointers checks for a NULL`<br>`// return, a potentially crashing or malicious dereference is avoided at the`<br>`// cost of leaking the corrupted block, and any subsequent blocks on the free`<br>`// list of that size.`<br><br>https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/magazine_inline.h. |
| **[11.c]** automatically detecting a security attack of a computer application based on the declared application layer memory corruption, and reporting the detected security attack to a user. | Use of the Accused Product performs the step of "automatically detecting a security attack of a computer application based on the declared application layer memory corruption, and reporting the detected security attack to a user."<br><br>For example, on 64-bit processes libmalloc unconditionally sets MALLOC_ABORT_ON_CORRUPTION, so every declared corruption is automatically escalated to a crash-level report without any action by the user or application:<br><br>`#if __LP64__`<br>`    malloc_debug_flags = MALLOC_ABORT_ON_CORRUPTION; // Set always on 64-bit processes`<br>`#else`<br>`    int libSystemVersion = NSVersionOfLinkTimeLibrary("System");`<br>`    if ((-1 != libSystemVersion) && ((libSystemVersion >> 16) < 126) /* Lion or greater */) {`<br>`        malloc_debug_flags = 0;`<br>`    } else {`<br>`        malloc_debug_flags = MALLOC_ABORT_ON_CORRUPTION;`<br>`    }`<br>`#endif`<br><br>https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/malloc.c. |

| US Patent No. 10,331,888, Claim 11 | APPLE libmalloc (magazine allocator, libmalloc-374.120.1) |
| --- | --- |
| | |

```
void
malloc_zone_error(uint32_t flags, bool is_corruption, const char *fmt, ...)
{
    va_list ap;
    va_start(ap, fmt);
    uint32_t report_flags = MALLOC_REPORT_DEBUG | MALLOC_REPORT_NOLOG;
    if ((is_corruption && (flags & MALLOC_ABORT_ON_CORRUPTION)) ||
            (flags & MALLOC_ABORT_ON_ERROR)) {
        report_flags = MALLOC_REPORT_CRASH;
    }
    malloc_vreport(report_flags | ASL_LEVEL_ERR, _malloc_default_debug_sleep_time(),
            NULL, NULL, fmt, ap);
    va_end(ap);
}
```

https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/malloc_printf.c.

The crash-level report logs the message to the system log, sets it as the process's crash-log message, and aborts the process. The message is also written to the malloc debug output when stderr is a terminal or when MallocDebugReport is set:

| US Patent No. 10,331,888, Claim 11 | APPLE libmalloc (magazine allocator, libmalloc-374.120.1) |
|---|---|
| | (code listing below) |

```
malloc_vreport(uint32_t flags, unsigned sleep_time, const char *prefix_msg,
        const void *prefix_arg, const char *fmt, va_list ap)
{
    const char *crash_msg = NULL;
    _SIMPLE_STRING b = NULL;
    if ((b = _simple_salloc()) == NULL) {
        if (WRITE_TO_DEBUG_FILE(flags)) {
            if (!(flags & MALLOC_REPORT_NOPREFIX)) {
                void *self = _pthread_self_direct();
                _simple_dprintf(malloc_debug_file, "%s(%d,%p) malloc: ", getprogname(), getpid(), self);
            }
            if (prefix_msg) {
                _simple_dprintf(malloc_debug_file, prefix_msg, prefix_arg);
            }
            _simple_vdprintf(malloc_debug_file, fmt, ap);
        }
        if (flags & MALLOC_REPORT_CRASH) {
            crash_msg = fmt;
        }
    } else {
        if (!(flags & MALLOC_REPORT_NOPREFIX)) {
            void *self = _pthread_self_direct();
            _simple_sprintf(b, "%s(%d,%p) malloc: ", getprogname(), getpid(), self);
        }
        if (prefix_msg) {
            _simple_sprintf(b, prefix_msg, prefix_arg);
        }
        _simple_vsprintf(b, fmt, ap);
        if (WRITE_TO_DEBUG_FILE(flags)) {
            _simple_put(b, malloc_debug_file);
        }
        if (!_malloc_no_asl_log && !(flags & MALLOC_REPORT_NOLOG)) {
            _simple_asl_log(flags & MALLOC_REPORT_LEVEL_MASK, Malloc_Facility, _simple_string(b));
        }
        if (flags & MALLOC_REPORT_CRASH) {
            crash_msg = _simple_string(b);
        } else {
            _simple_sfree(b);
        }
    }
```

…

| US Patent No. 10,331,888, Claim 11 | APPLE libmalloc (magazine allocator, libmalloc-374.120.1) |
|---|---|
| | |

```
        if (flags & MALLOC_REPORT_CRASH) {
            _os_set_crash_log_message_dynamic(crash_msg);
            abort();
        }
    }
```

https://github.com/apple-oss-distributions/libmalloc/blob/libmalloc-374.120.1/src/malloc_printf.c.

The process terminates in front of the user, and the operating system generates a crash report that carries the libmalloc message. Apple's documentation describes how crash reports are made available to users and developers on the device. *See, e.g.*, the following:

Xcode / Debugging / Diagnosing issues using crash reports and de... / Acquiring crash reports and diagnostic logs

Article

# Acquiring crash reports and diagnostic logs

Gather crash reports and device logs from the App Store, TestFlight, and directly from devices.

## Overview

After your app is distributed to customers, learn ways to improve it by collecting crash reports and diagnostic logs. If a customer reports an issue with your app, use the Crashes organizer in Xcode to get a report about the issue, as described in How are reports created? If the Crashes organizer doesn't contain the diagnostic information you need or is unavailable to you, the customer can collect logs from their device and share them directly with you to resolve the issue. Once you have a crash report, you may need to add identifiable symbol information to the crash report—see Adding identifiable symbol names to a crash report for more information.

For issues that aren't crashes, inspect the operating system's console log to find important information for diagnosing the issue's source.

https://developer.apple.com/documentation/xcode/acquiring-crash-reports-and-diagnostic-logs (last visited 10/23/2026).